**Motion Granted; Order filed September 22, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00586-CR
_____

## EX PARTE WILLIAM SOLOMON LEWIS

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1678565**

## ORDER

Appellant filed a motion requesting to review the record and file a pro se brief. The motion is granted.

Accordingly, we hereby direct the Judge of the 185th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **October 7, 2020;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Bourliot.